FILED
2026 Feb-25 PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA



# RICHARDSON LAW FIRM, LLC

www.richardsonlawllc.com
Office: (251) 338-1695 • Fax (251) 517-7253
22765 Highway 98, Suite A-1 • Fairhope, Alabama 36532

**February 25, 2026**

The Honorable Judge Haikala
United States District Judge
United States District Court
Northern District of Alabama

Re: **Pate v. D.R. Horton, Inc., D.R. Horton, Inc. – Birmingham, and D.R. Horton, Inc. – Huntsville**

Dear Judge Haikala:

I am writing to respectfully advise the Court of related pending appellate matters that bear directly upon the issues presented in the above-referenced case.

Counsel for Plaintiffs currently represents parties in eleven (**11**) additional cases involving the same defendant entities—D.R. Horton, Inc., D.R. Horton, Inc. – Birmingham, and D.R. Horton, Inc. – Huntsville—which are presently pending before the Alabama Supreme Court on appeal. Those matters include Case Nos. **SC-2025-0396**, **SC-2025-0397**, **SC-2025-0398**, **SC-2025-0400**, **SC-2025-0402**, **SC-2025-0403**, **SC-2025-0432**, **SC-2025-0879**, **SC-2025-0648**, **SC-2025-0659**, and **SC-2026-0014**.

There is also a case in the Southern District Court of Alabama, the Mobile Division, **Case No. 1:25-00302** the Residential Warranty Company, LLC (the warranty company tied to the DR Horton Home Purchase Agreement) vs. Virginia White, individually and in her capacity as power of attorney for Warren Simmons. The Honorable Judge Kristi DuBose is the presiding judge in this case. Virginia White is also a plaintiff in the DR Horton cases on appeal with the Alabama Supreme Court.

Each of these cases involves substantially similar factual allegations and legal issues, including claims relating to foundation defects, slab failures, structural deficiencies, and related construction defects. The appellate rulings in those cases are expected to address core legal questions that overlap materially with the issues currently before this Court.

Because of the similarity of parties, claims, and legal issues, the forthcoming decisions from the Alabama Supreme Court may provide significant guidance and potentially affect the procedural and substantive posture of the present action.

We respectfully submit this notice so that the Court is aware of the parallel appellate proceedings and their potential relevance to this matter.

Please let us know if the Court requires any additional information or documentation regarding the related cases.

Respectfully submitted,

John D. Richardson

Counsel for Plaintiff